IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Asia Lynn, | No. CV-20-00761-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Department of Corrections, et al., | |
| Defendants. | |

Before the Court is Defendants Banfill and Hamilton's Motion to Dismiss for Failure to Prosecute (Doc. 31) and United States Magistrate Judge Boyle's Report and Recommendation ("R&R") (Doc. 33). The R&R recommends that the Court grant the motion to dismiss and dismiss Plaintiff's amended complaint with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the

district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 33) is **ACCEPTED**. Defendants Banfill and Hamilton's Motion to Dismiss for Failure to Prosecute (Doc. 31) is **GRANTED**. Plaintiff's amended complaint (Doc. 6) is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is directed to enter judgment and terminate this case accordingly.

Dated this 15th day of October, 2021.

Douglas L. Rayes
United States District Judge